IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) Criminal Action No. 25- 111-UNA |
| SHENITA MURRAY, | )<br>) |
| Defendant. | )<br>) |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE
### (Willfully Making a Threat Involving Explosive Materials)

1. On or about September 27, 2022, in the District of Delaware, the Defendant, Shenita Murray, through use of a telephone or other instrument of interstate commerce, willfully made a threat unlawfully to damage or destroy a building, specifically a commercial structure of Edgewell Personal Care, a business affecting interstate and foreign commerce located, by means of explosives.

All in violation of Title 18, United States Code, Section 844(e).

JULIANNE E. MURRAY
UNITED STATES ATTORNEY

By: _____
Samuel S. Frey
Assistant United States Attorney

Dated: 7/25/2025

FILED

JUL 25 2025

U.S. DISTRICT COURT DISTRICT OF DELAWARE

1